199 So. 907

**Pearline (alias Perline) CALLOWAY v. STATE.**

**7 Div. 587.**

Court of Appeals of Alabama.

Dec. 17, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed on motion of appellant.